In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00360-CR**
_____

**IN RE RONNIE ADAM CLOUD**

**Original Proceeding**
**128th District Court of Orange County, Texas**
**Trial Cause Nos. A990214 and A990217**

**MEMORANDUM OPINION**

In an original proceeding filed in this Court, Ronnie Adam Cloud filed a petition seeking what Cloud calls "a common law writ of error" and "a bill of review." In his filing, he argues that he is a "natural living man," his final felony convictions in Trial Cause Numbers A990214 and A990217 are void, and he contends he was indicted and prosecuted by individual corporations acting ultra vires

and not by natural persons. He also mentions he is seeking a recovery of money on what he calls a "counterclaim."[1]

The exclusive State felony post-conviction judicial remedy available in Texas is by application for a writ of habeas corpus under the procedure set out in article 11.07 of the Texas Code of Criminal Procedure. *See Ex parte Adams*, 768 S.W.2d 281, 287 (Tex. Crim. App. 1989); *see also* Tex. Code Crim. Proc. Ann. art. 11.07. This Court does not have jurisdiction over post-conviction habeas corpus proceedings. *See* Tex. Code Crim. Proc. Ann. art. 11.05.

This Court has original jurisdiction to issue only such writs as are necessary to enforce our jurisdiction. *See* Tex. Gov't Code Ann. § 22.221(a). Cloud has not identified a final judgment or appealable order from which Cloud might perfect a timely appeal at this time. *See* Tex. Gov't Code Ann. § 22.220; Tex. Code Crim. Proc. Ann. art. 44.02. Neither our original jurisdiction nor our appellate jurisdiction is implicated in the original petition Cloud filed with this Court. Accordingly, we dismiss the petition for lack of jurisdiction.

---

[1] We address Cloud's identical claims regarding what he says are three convictions out of Jefferson County in a separate proceeding filed in this Court as Number 09-23-00361-CR.

PETITION DISMISSED.

PER CURIAM

Submitted on December 5, 2023
Opinion Delivered December 6, 2023
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.

3